1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID J. VALENCIA, JR.,

11            Petitioner,                    No. CIV S-11-1683 EFB P

12        vs.

13   DIRECTOR OF CORRECTIONS
     AND REHABILITATION,
14
              Respondent.              ORDER
15
     _____/
16

17        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

18   § 2254.  Petitioner has paid the filing fee.

19        Petitioner challenges a conviction in the Tuolumne County Superior Court and so this

20   action should have been commenced in the district court in Fresno.  E.D. Cal. Local Rule 120(d).

21        Accordingly, it is hereby ordered that:

22        1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

23   120(f).

24        2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

1      3.   All future filings shall bear the new case number and shall be filed at:

2          United States District Court
             Eastern District of California

3          2500 Tulare Street
             Fresno, CA 93721

DATED:  June 27, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE